IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DANIAN GONG
OTHER
VISTARAY USA, INC.,

    Plaintiff,

    v.

DEVON MORRISON,

    Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-3596-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court by the pro se Defendant. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Gwinnett County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Gwinnett County.

SO ORDERED, this 13 day of October, 2017.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge

T:\ORDERS\17\Gong\r&r.wpd